UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:09-CV-9-RJC-DCK

| | |
|---|---|
| JESSICA MARURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the Commissioner's "Motion for the Removal of Certain Documents From the Administrative Record" (Document No. 11). Plaintiff has not opposed the motion. The motion has been referred to the Magistrate Judge, and immediate review is appropriate. The Commissioner indicates that certain documents "were erroneously inserted into the record at Transcript page 332" and that these documents "do not concern Plaintiff, but rather, pertain to another individual." Having fully considered the record, the undersigned will **grant** the request to correct the administrative record in this case.

**IT IS, THEREFORE, ORDERED** that the Commissioner's "Motion for the Removal of Certain Documents From the Administrative Record" (Document No. 11) is **GRANTED**; Page 332 shall be deemed stricken from the Administrative Record.

**IT IS SO ORDERED**.

Signed: December 18, 2009

David C. Keesler
United States Magistrate Judge