# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jessica Maruri,

       Plaintiff,                                JUDGMENT IN A CIVIL CASE

vs.                                                    3:09-cv-9-RJC

Michael Astrue,

       Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 1, 2010 Order.

                                                    Signed: December 1, 2010

                                                    Frank G. Johns, Clerk
                                                    United States District Court