IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:09-CV-9-RJC-DCK

| | |
|---|---|
| JESSICA MARURI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Attorney's Fees Under Equal Access To Justice Fees Pursuant To 28 U.S.C. § 2412" (Document No. 20) filed on March 1, 2011, and "Defendant's Response To Plaintiff's Motion For Attorney's Fees Under The Equal Access To Justice Act" (Document No 21) filed March 10, 2011. Defendant does not object to an award of attorney's fees to Plaintiff under EAJA in the amount of five thousand, two hundred, twenty-three dollars and thirteen cents ($5,223.13). Therefore, the motion will be granted.

Pursuant to Astrue v. Ratliff, 560 U.S. ----, 130 S.Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. Defendant will determine within 30 days of this order whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that Plaintiff does not owe a federal debt, the government will exercise its discretion and honor the assignment of EAJA fees, and pay the awarded fees directly to Plaintiff's counsel.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Attorney's Fees Under Equal Access To Justice Fees Pursuant To 28 U.S.C. § 2412" (Document No. 20) is **GRANTED**.

An award of attorney's fees under EAJA in the amount of five thousand, two hundred, twenty-three dollars and thirteen cents ($5,223.13) shall be made to Plaintiff, consistent with the instructions herein. This provides full settlement in satisfaction of any and all claims for attorney's fees under EAJA. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

**SO ORDERED**.

Signed: March 10, 2011

David C. Keesler
United States Magistrate Judge